UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI JONES p/k/a "ALI;" TORHI HARPER p/k/a "MURPHY LEE;" ROBERT KYJUAN CLEVELAND p/k/a "KYJUAN;" and LAVELL WEBB<br><br>Plaintiff<br><br>vs.<br><br>UNIVERSAL MUSIC GROUP; UNIVERSAL MUSIC PUBLISHING GROUP; UNIVERSAL MUSIC CORP.; BMG SONGS, INC.; KOBALT MUSIC PUBLISHING AMERICA INC. d/b/a KOBALT MUSIC GROUP; HIPGNOSIS SONGS GROUP, LLC; And CORNELL IRA HAYNES, JR. p/k/a "NELLY<br><br>Defendants | **CASE NO.:** 1:24-cv-07098<br>Judge Victor Marrero<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, Precious Felder Gates, Esq., will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of The Law Offices of Precious Felder, LLC d/b/a ENT Legal and a member in good standing of the bar of the State of Georgia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for the Plaintiffs. There are no pending disciplinary proceedings against me in any state or federal court.

September 19, 2024.

Precious Felder Gates
The Law Offices of Precious
Felder, LLC d/b/a ENT Legal

3355 Lenox Rd., Suite 410
Atlanta, GA 30326
pfelder@entlegalatl.com
404-355-9400



# Supreme Court
# State of Georgia
### NATHAN DEAL JUDICIAL CENTER
## Atlanta 30334

September 9, 2024

I hereby certify that Precious Felder Gates, Esq., was admitted on the 1st day of November, 2012, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk