USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALI JONES p/k/a "ALI",

                Plaintiff,

- against -

UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC PUBLISHING GROUP, UNIVERSAL MUSIC CORP., BMG SONGS, INC., KOBALT MUSIC PUBLISHING AMERICA INC. d/b/a KOBALT MUSIC GROUP, HIPGNOSIS SONGS GROUP, LLC, HARBOURVIEW EQUITY PARTNERS, LLC, and CORNELL IRA HAYNES, JR. p/k/a "NELLY",

                Defendants.

---

**24-CV-7098 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On November 25, 2024, Plaintiff filed its First Amended Complaint. (See Dkt. No. 11.) By letter dated December 13, 2024, and pursuant to this Court's Individual Rule II.B.1 ("Rule II.B.1"), Defendant Cornell Ira Haynes ("Haynes") informed Plaintiff of purported deficiencies in the Amended Complaint and notified Plaintiff of Haynes's intention to move to dismiss the Amended Complaint. (See Dkt. No. 17.) By letter dated February 10, 2025, Haynes informed the Court that Plaintiff failed to respond to Haynes's letter in violation of Rule II.B.1. Haynes requested that the Court issue an Order to Show Cause hearing or status conference to

discuss that Plaintiff "has failed to prosecute his case." (Dkt. No. 25.) The Court is not persuaded that a hearing or status conference is necessary at this time. Accordingly, Plaintiff is hereby

**ORDERED** to respond to Haynes's Rule II.B.1 letter within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    February 14, 2025
            New York, New York

_____
Victor Marrero
U.S.D.J.