USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALI JONES p/k/a "ALI",

                Plaintiff,

- against -

UNIVERSAL MUSIC GROUP, UNIVERSAL MUSIC PUBLISHING GROUP, UNIVERSAL MUSIC CORP., BMG SONGS, INC., KOBALT MUSIC PUBLISHING AMERICA INC. d/b/a KOBALT MUSIC GROUP, HIPGNOSIS SONGS GROUP, LLC, HARBOURVIEW EQUITY PARTNERS, LLC, and CORNELL IRA HAYNES, JR. p/k/a "NELLY",

                Defendants.

**24-CV-7098 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On February 25, 2025, the Court directed Plaintiff Ali Jones ("Jones") and Defendant Cornell Ira Haynes ("Haynes") to advise whether they consent for the Court to deem their pre-motion letters (see Dkt. Nos. 17, 28) to constitute a fully briefed motion to dismiss and rule on the basis of those letters, or whether they request supplemental or full briefing. (See Dkt. No. 30.)

By letter dated March 4, 2025, Jones informed the Court that he does not consent to the Court ruling on the basis of the letters. (See Dkt. No. 54.) Jones proposed the following briefing schedule: Hayne's Motion to Dismiss is due within

fourteen (14) days of the Court's Order on this issue; Jones's Opposition is due within fourteen (14) days after filing and service of Haynes's Motion to Dismiss; and Haynes's Reply (if any) is due ten (10) days after filing and service of Jones's Opposition. (See id.) By letter dated March 4, 2025, Haynes informed the Court that he consented to a ruling on the letters. (See Dkt. No. 56.)

Accordingly, the Court sets the following briefing schedule: Hayne's Motion to Dismiss is due within twenty-one (21) days of this Order; Jones's Opposition is due within fourteen (14) days after filing and service of Haynes's Motion to Dismiss; and Haynes's Reply (if any) is due ten (10) days after filing and service of Jones's Opposition.

**SO ORDERED.**

Dated:   March 6, 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.