UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALI JONES, p/k/a "Ali,"

                      Plaintiff,                  24-CV-7098 (VM) (RWL)

       - against -

                                                   **ORDER**

CORNELL IRA HAYNES, JR. p/k/a "Nelly,"

                     Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On November 25, 2024, Plaintiff filed his Amended Complaint. (Dkt. 11.) On January 16, 2025, Defendant filed a motion for sanctions based on claims asserted in the Amended Complaint. (Dkts. 18-20.) On February 10, 2025, Defendant filed a letter seeking leave to file a motion to dismiss and requesting coordination of the issues in that motion with the issues raised in the motion for sanctions. (Dkt. 25.) On March 6, 2025, Judge Marrero set a briefing schedule for Defendant's motion to dismiss. (Dkt. 57.) The outcome of the motion to dismiss will inform the motion for sanctions. Accordingly, the currently filed motion for sanctions is denied **without prejudice to renew** following the Court's decision on Defendant's motion to dismiss.

      The Clerk of Court is respectfully directed to terminate the motion at Dkt. 18.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: March 20, 2025
       New York, New York

Copies transmitted this date to all counsel of record.