UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALI JONES p/k/a "ALI" | CASE NO.: 1:24-cv-07098-VM |
| Plaintiff | |
| vs. | |
| CORNELL IRA HAYNES, JR. p/k/a "NELLY" | |
| Defendants | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, **Ali Jones** and or his counsel(s), hereby give notice that their claims in the above captioned action are voluntarily dismissed, without prejudice against the defendant(s).

Dated:   April 10, 2025,          Respectfully submitted,

/s/ Precious Felder Gates

Precious Felder Gates
The Law Offices of Precious Felder, LLC d/b/a ENT Legal
3355 Lenox Rd., Suite 410
Atlanta, GA 30326
(o) 404-355-9400

*Attorney for Plaintiff*