USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALI JONES p/k/a "ALI",

                Plaintiff,

- against -

CORNELL IRA HAYNES, JR. p/k/a "NELLY",

                Defendant.

**24-CV-7098 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On January 16, 2025, defendant Cornell Ira Haynes, Jr. p/k/a "Nelly" ("Haynes") filed a motion for sanctions ("Sanctions Motion") against plaintiff Ali Jones ("Jones") and his counsel. (See Dkt. No. 18.) This Court referred Haynes's Sanctions Motion to Magistrate Judge Robert W. Lehrburger. (See Dkt. No. 21.) Magistrate Judge Lehrburger denied the Sanctions Motion without prejudice to renew pending this Court's decision on Haynes's motion to dismiss Jones's amended complaint. (See Dkt. No. 59.) After Jones voluntarily dismissed the action, this Court granted Haynes leave to renew his Sanctions Motion. (See Dkt. No. 69.) Haynes re-filed his Sanctions Motion on April 18, 2025. (See Dkt. No. 71.)

Accordingly, the Court hereby refers Haynes's Sanctions Motion to Magistrate Judge Lehrburger, as the renewed Motion

is within the scope of the original referral. (See Dkt. No. 21.)

**SO ORDERED.**

Dated:   April 21, 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.