

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALI JONES p/k/a "ALI", <br><br> Plaintiff, <br><br> - against - <br><br> CORNELL IRA HAYNES, JR. p/k/a "NELLY", <br><br> Defendant. | **24-CV-7098 (VM)** <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

**VICTOR MARRERO, United States District Judge.**

On October 10, 2025, Magistrate Judge Robert W. Lehrburger entered a Report and Recommendation ("R&R") recommending that this Court grant in part the motion of defendant Cornell Ira Haynes, Jr., for sanctions under Federal Rule of Civil Procedure 11 and 28 U.S.C. § 1927. (See R&R, Dkt. No. 79.) Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, Magistrate Judge Lehrburger provided notice in the R&R that objections to his R&R were due within fourteen days, and that failure to timely object would result in waiver of the right to object and the right to appeal. (See id. at 46.) No objections have been filed.

When no objections to an R&R are filed, a Court reviews the R&R for clear error. See, e.g., Andrews v. LeClaire, 709 F. Supp. 2d 269, 271 (S.D.N.Y. 2010). The Court has reviewed Judge Lehrburger's thorough and well-reasoned R&R and finds

no clear error. The Court therefore adopts the R&R in its entirety, substantially for the reasons stated by Judge Lehrburger.

Accordingly, it is hereby

**ORDERED** that the Motion for Sanctions of defendant Cornell Ira Haynes, Jr., ("Haynes") (Dkt. No. 71) is **GRANTED IN PART**; and it is further

**ORDERED** that Gail M. Walton, Esq., as counsel for plaintiff Ali Jones ("Jones"), pay a fine in an amount of $1,000 pursuant to Federal Rule of Civil Procedure 11, to be deposited with the Clerk of Court within fourteen (14) days of the date of this Order; and it is further

**ORDERED** that Haynes be awarded, as against Precious Felder Gates, Esq., also as counsel for Jones, his reasonable attorneys' fees and costs incurred in defending this matter after Jones filed his Amended Complaint (Dkt. No. 11) and in bringing the instant motion. Within fourteen (14) days of the date of this Order, Haynes shall file an affidavit setting forth the attorneys' fees and costs he reasonably incurred in that period, supported by documentation. Jones shall file any opposition to that submission within seven (7) days of the date Haynes files such affidavit.

**SO ORDERED.**

3

Dated:     5 November 2025
           New York, New York

                                         _____
                                              Victor Marrero
                                                U.S.D.J.